Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | PCG/SPT Holdings, Inc. |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| City National Bank of Florida Attn: Jorge Gonzalez, CEO 2701 S LeJeune Rd 8th Floor Coral Gables, FL 33134 | Robert P. Frankel, Esq. robert@frankelpa.com 305-358-5690 | Secured Loan | | $35,512,875.00 | Unknown | Unknown |
| Farber Bag & Supply Company 8733 Kapp Drive Box 83 Peosta, IA 52068 | Laura Feldman lfeldmann@farberbag.com 563-583-6304 | Trade Debt | | | | $544.80 |
| Fay J Packaging PO Box 6043 Texarkana, TX 75505 | Chloe frontdesk@fayjpackaging.com 903-831-4311 | Trade Debt | | | | $17,641.91 |
| ITU Inc PO Box 88479 Milwaukee, WI 53288 | ar@ituaborbtech.com 888-729-4884 | Trade Debt | | | | $164.84 |
| Red Oak Label LLC 2500 W Sunset Dr Waukesha, WI 53189 | Sophia customerservice@redoaklabel.com 262-780-9797 | Trade Debt | | | | $1,330.32 |
| Schumann Printers Inc. PO Box 128 Fall River, WI 53932 | Leanne Kinderman LeanneK@spiweb.com 920-484-6623 | Trade Debt | | | | $63,880.68 |
| Shadow Plastics Inc. 2301 Pioneer Ave Rice Lake, WI 54868 | Theresa Brunslik theresa@shadowplastics.com 715-234-9186 ext 4211 | Trade Debt | | | | $4,340.00 |

Debtor   PCG/SPT Holdings, Inc. _____   Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Special Editions Inc. N56 W24619 N Corporate Circle Sussex, WI 53089 | Donna Esser donna@specialeditionsinc.com 262-820-9168 | Trade Debt | | | | $14,877.03 |
| Torke Coffee Roasting Company 3455 Paine Ave Sheboygan, WI 53082 | Kerry 800-242-7671 | Trade Debt | | | | $390.43 |
| UPS 55 Glenlake Parkway NE Atlanta, GA 30328 | UPS 800-811-1648 | Trade Debt | | | | $787.07 |